AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moses, Barbara C. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>08/13/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse<br>500 Pearl Street, Courtroom 20A<br>New York, NY 10007-1312 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President, Director | New York County Lawyers Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-Employed Financial Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 2. Berkshire Hathaway Class A Common Stock | | None | P2 | T | | | | | |
| 3. Cisco Systems Common Stock | A | Dividend | | | Sold | 02/12/20 | J | C | |
| 4. Citigroup Common Stock | B | Dividend | | | Sold | 07/21/20 | L | E | |
| 5. Cyclerion Therapeutics | | None | J | T | | | | | |
| 6. DFA Emerging Markets Core Equity 1 | C | Dividend | M | T | Buy (add'l) | 03/10/20 | K | | |
| 7. DFA International Core Equity I | C | Dividend | M | T | Buy (add'l) | 03/10/20 | K | | |
| 8. DFA US Large Cap Value | B | Dividend | | | Buy (add'l) | 03/10/20 | K | | |
| 9. | | | | | Sold | 07/20/20 | M | | |
| 10. Doubleline Core Fixed Income Mutual Fund | E | Dividend | N | T | Sold (part) | 01/22/20 | J | | |
| 11. | | | | | Sold (part) | 03/10/20 | N | E | |
| 12. Goldman Sachs Muni Income Fund Mutual Fund | B | Dividend | L | T | | | | | |
| 13. Guggenheim Total Return Bond Instl | D | Dividend | N | T | Buy | 03/10/20 | N | | |
| 14. | | | | | Sold (part) | 04/06/20 | M | | |
| 15. | | | | | Buy (add'l) | 07/20/20 | L | | |
| 16. | | | | | Buy (add'l) | 07/22/20 | L | | |
| 17. | | | | | Buy (add'l) | 08/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moses, Barbara C.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Ironwood Pharmaceuticals Inc. | | None | P1 | T | Sold<br>(part) | 03/10/20 | M | G | |
| 19. iShares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 20. JM Smuckers Company Common Stock | B | Dividend | L | T | | | | | |
| 21. Jefferies Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 22. Lowe's Companies Common Stock | | None | | | Sold | 01/08/20 | K | E | |
| 23. Invesco Water Resources ETF | A | Dividend | J | T | | | | | |
| 24. Schwab Fundamental US Large Company Index | C | Dividend | M | T | Buy | 07/20/20 | M | | |
| 25. SPDR S&P 500 ETF | E | Dividend | P1 | T | Sold<br>(part) | 07/20/20 | K | D | |
| 26. | | | | | Sold<br>(part) | 10/12/20 | K | E | |
| 27. Spectrum Brands Holdings | A | Dividend | J | T | | | | | |
| 28. T. Rowe Price International Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 29. Templeton Global Bond Mutual Fund | C | Dividend | | | Sold<br>(part) | 04/22/20 | J | | |
| 30. | | | | | Sold<br>(part) | 07/20/20 | K | | |
| 31. | | | | | Sold | 07/22/20 | L | | |
| 32. Tootsie Roll Industries Common Stock | A | Dividend | K | T | Sold<br>(part) | 04/03/20 | J | | |
| 33. Vanguard Extended Market ETF | B | Dividend | M | T | | | | | |
| 34. Vanguard FTSE Developed Markets ETF | A | Dividend | | | Sold | 10/12/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | Sold (part) | 10/12/20 | K | C | |
| 36. | Vanguard High Dividend Yield ETF | D | Dividend | M | T | Buy (add'l) | 03/10/20 | K | | |
| 37. | Vanguard Intermediate-Term Tax-Exempt Mutual Fund | D | Dividend | O | T | | | | | |
| 38. | Vanguard Limited-Term Tax-Exempt Mutual Fund | B | Dividend | M | T | Buy | 08/05/20 | M | | |
| 39. | Vanguard Short-Term Bond Index Mutual Fund | B | Dividend | N | T | Buy | 08/04/20 | N | | |
| 40. | | | | | | Buy (add'l) | 10/12/20 | J | | |
| 41. | Vanguard Short-Term Treasury Mutual Fund | B | Dividend | | | Buy (add'l) | 04/06/20 | N | | |
| 42. | | | | | | Sold (part) | 08/04/20 | N | C | |
| 43. | | | | | | Sold | 08/05/20 | M | D | |
| 44. | Vanguard Total Bond Market ETF | B | Dividend | | | Buy (add'l) | 01/22/20 | J | | |
| 45. | | | | | | Sold (part) | 03/10/20 | M | E | |
| 46. | | | | | | Sold | 04/06/20 | M | D | |
| 47. | Vanguard Total International Stock ETF | C | Dividend | M | T | | | | | |
| 48. | Schwab Cash Sweep | A | Interest | P1 | T | | | | | |
| 49. | JPMorgan Chase Bank Account | A | Interest | M | T | | | | | |
| 50. | Bank of America Account | A | Interest | M | T | | | | | |
| 51. | Canadian Imperial Bank of Commerce | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 401(k) Plan #1 (H) | | | | | | | | | |
| 53. - Fidelity Government Money Market Fund | A | Dividend | L | T | | | | | |
| 54. - PIMCO High Yield Admin Mutual Fund | C | Dividend | M | T | | | | | |
| 55. - Fidelity Overseas Fund K | A | Dividend | L | T | | | | | |
| 56. - MFS Mid-Cap Growth Fund Class R6 | B | Dividend | M | T | | | | | |
| 57. - T. Rowe Price 2020 Mutual Fund | E | Dividend | M | T | | | | | |
| 58. 401(k) Plan #2 (H) | | | | | | | | | |
| 59. - IBM Common Stock | A | Dividend | J | T | | | | | |
| 60. - Vanguard Large Company Index Fund | | None | J | T | | | | | |
| 61. - Interest Income Fund | | None | J | T | | | | | |
| 62. NY 529 Accounts (H) | | | | | | | | | |
| 63. - Moderate Age-Based Option: Income Portfolio | A | Dividend | K | T | Sold (part) | 08/14/20 | J | C | |
| 64. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 65. | | | | | Sold (part) | 12/16/20 | J | C | |
| 66. - Conservative Age-Based Option: Conservative Income Portfolio | A | Dividend | | | Sold (part) | 08/14/20 | J | C | |
| 67. | | | | | Sold | 12/07/20 | J | C | |
| 68. - Conservative Age-Based Option: Interest Accumulation Portfolio | A | Dividend | J | T | Buy | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 70. | | | | | Sold<br>(part) | 12/16/20 | J | A | |
| 71.   - Interest Accumulation Portfolio | A | Dividend | J | T | Sold<br>(part) | 08/14/20 | J | B | |
| 72. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 73. | | | | | Sold<br>(part) | 12/16/20 | J | B | |
| 74.   - Inflation-Protected Securities Portfolio | B | Dividend | J | T | Sold<br>(part) | 08/14/20 | J | C | |
| 75. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 76. | | | | | Sold<br>(part) | 12/16/20 | J | B | |
| 77.   Treasury Direct \| Savings Bonds | A | Interest | L | T | | | | | |
| 78.   Orrick Investments 2000 LLC | | None | | | Closed | 01/01/20 | J | A | |
| 79.   Orrick Investments 2001 LLC | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moses, Barbara C.** | 08/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 18: Ironwood Pharmaceuticals Inc - this position resulted from the combination of the Class A and Class B entries in prior submissions.

Line 61: Interest Income Fund - this is a fixed income position offered through a 401(k) plan that is traded as a separate account. It is not structured as a mutual fund and the underlying assets are managed by mutlipe third parties.

Lines 63, 65-67, 70-71, 73-74 & 76 - reported gains are best efforts estimates because 529 plan provider does not provide realized gain/loss reporting information.

Lines 63, 66, 68, 71 & 74 - these are investment portfolios offered through the NY 529 plan. These investment portfolios do not trade as mutual funds, although they do invest in one or more underlying mutual funds as determined by the plan administrator.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara C. Moses**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544